IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY a/s/o LARRY AND VIRGINIA WINGARD<br>    Plaintiffs,<br><br>v.<br><br>OMEGAFLEX, INC.<br>And<br>TITEFLEX CORPORATION t/a<br>GASTITE DIVISION,<br>and<br>UGI CORPORATION<br>    Defendants. | CIVIL ACTION<br><br>NO. 17-cv-1530 |

# **O R D E R**

**AND NOW,** this 15th day of February, 2018, upon consideration of the defendant, Titeflex Corporation t/a Gastite Division's motion to dismiss (Doc. No. 28), and the plaintiffs' amended response in opposition (Doc. No. 33), **IT IS HEREBY ORDERED** that the motion is **DENIED** in its entirety with prejudice. **IT IS FURTHER ORDERED** that defendant Titeflex Corporation t/a Gastite Division shall serve an answer to the second amended complaint within twenty days from the filing of this Order.

                                                      BY THE COURT:

                                                      */s/ Lawrence F. Stengel*
                                                      LAWRENCE F. STENGEL, C.J.